**Motion Granted; Order filed September 9, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00718-CV
_____

### ADRIENE SIBLEY, Appellant

### V.

### SEMINOLE PIPELINE COMPANY, LLC, Appellee

**On Appeal from the County Court at Law #3 & Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI509797**

## ORDER

This is an appeal from a judgment signed May 26, 2015. A related case was previously filed in the Court of Appeals for the First District of Texas under case number 01-15-00682-CV. On September 4, 2015, appellant filed a motion to transfer this appeal to the Court of Appeals for the First District of Texas. The motion is granted.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-15-00718-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5. 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM